NO. 07-00-0591-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 25, 2001

_____

IN RE: JOSE E. QUINTANA
_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Relator Jose E. Quintana seeks a writ of mandamus ordering respondent, the Honorable Samuel Kiser, allegedly the Judge of the 181st District Court of Randall County, to hear and rule on certain motions filed by relator. We deny the application.

FACTUAL AND PROCEDURAL BACKGROUND

On January 2, 2001, relator filed with the clerk of this court a pleading entitled Petition for Writ of Mandamus. In the petition, he alleges that he has filed several motions in Cause No. 8787-B in the 181st District Court of Randall County (the trial court), which is styled The State of Texas v. Jose E. Quintana. He further alleges that the motions have not been heard or ruled on by respondent. We are requested to direct respondent to hear and rule on the motions.

In support of his application for writ of mandamus, relator has not attached or furnished any copies of the motions he allegedly has filed, any proof that respondent has been requested to hear the motions, or other document or record of proceedings.

LAW

When application for writ of mandamus is made, it is the relator's burden to show entitlement to the relief being requested. See generally Johnson v. Fourth District Court of Appeals, 700 S.W.2d 916, 917 (Tex. 1985) (orig. proceeding). Relator must file with the petition a certified sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding, and a properly authenticated transcript of any relevant testimony from any underlying proceeding including any exhibits offered in evidence or a statement that no testimony was adduced in connection with the matter complained of. TEX. R. APP. P. 52.7(a).

ANALYSIS AND CONCLUSION

Relator's petition for a writ of mandamus contains only allegations. Certified, sworn copies of the motions he alleges were filed in the trial court proceeding are not included with the petition, nor is any other document or transcript.

Relator has not presented a record which shows entitlement to the relief sought, or upon which we are authorized to act.

Accordingly, relator's application for writ of mandamus is denied.

Phil Johnson
Justice

Do not publish.